MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROY LEE MAXWELL, | Case No. 1:18-cv-00894-GSA |
| Plaintiff, | **STIPULATION & ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 32-day extension of time, from March 21, 2019 to April 22, 2019, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to consider the issues raised in Plaintiff's Opening Brief, to

Stipulation & PO
1:18-cv-00894-GSA

determine whether options exist for settlement, and to prepare Defendant's response if settlement is not possible. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: March 15, 2019　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By:*/s/ Lawrence D. Rohlfing\**
　　LAWRENCE D. ROHLFING
　　Attorneys for Plaintiff
　　[*As authorized by e-mail on Mar. 15, 2019]

Dated: March 18, 2019　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　Social Security Administration

By: */s/ Margaret Branick-Abilla*
　　MARGARET BRANICK-ABILLA
　　Special Assistant United States Attorney
　　Attorneys for Defendant

IT IS SO ORDERED.

　　Dated:　**March 18, 2019**　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation & PO
1:18-cv-00894-GSA